# UNITED STATES BANKRUPTCY COURT

Southern District of New York (Manhattan)

In re  Christina Victoria Kelsey                                   Case No.   14-10536
       Debtor                                                      Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 7199

**Date of payment change:** 11/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $411.83
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
          Describe the basis for the change. If a statement is not attached, explain why:

          Current escrow payment: _____    New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
          If a notice is not attached, explain why:

Current interest rate: _____                   New interest rate: _____
Current principal and interest payment: _____  New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☑ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:    NUMBER OF DAYS IN THE BILLING CYCLE CHANGED

          Current mortgage payment:    $398.55          New mortgage payment:    $411.83

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.     ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗  /s/ Robert Phifer                                              Date  10/09/2015
   Assistant Vice President

Print:   Robert Phifer                                             Title   Assistant Vice President

Company   Bank of America, N.A.                                    Specific Contact Information:
Address   2380 Performance Dr                                      Phone: 214-209-8475
          Richardson, TX 75082                                     Email: robert.phifer@bankofamerica.com

734777-33c83378-510d-4802-8452-12a8905037a8

# UNITED STATES BANKRUPTCY COURT

Southern District of New York (Manhattan)

Chapter 13 No. 14-10536
Judge: Judge James L. Garrity Jr.

In re:

Christina Victoria Kelsey

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on October 09, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:   Christina Victoria Kelsey
          53 East 117th Street
          1
          New York, NY 10035

Debtor's Attorney:   Edward N Gewirtz
                     Bronstein, Gewirtz & Grossman, LLC
                     60 East 42nd Street
                     Suite 4600
                     New York, NY 10165

Trustee:   Jeffrey L. Sapir-13
           As Chapter 13 and 12 Trustee
           399 Knollwood Road
           Suite 102
           White Plains, NY 10603

/s/ Frances Bell
4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9650
franbell@4stechnologies.com